IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  12-cv-01321-REB-BNB

ANNA TUREK,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a scheduling conference.  The proposed scheduling order was refused, for the reasons stated on the record.

IT IS ORDERED that the parties shall submit, on or before **August 27, 2012**, a revised proposed scheduling order modified as discussed at the scheduling conference this morning.

Dated August 10, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge