IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  12-cv-01321-REB-BNB

ANNA TUREK,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

_____

### ORDER

_____

This matter arises on the parties' **Stipulated Motion to File Redacted Exhibit** [Doc. #

21, filed 11/8/2012] (the "Motion to Restrict Access").  Sufficient cause has been shown under

D.C.COLO.LCivR 7.2 to restrict access to Attachment F to Plaintiff's Motion to Compel

Discovery [Doc. # 17-6] and to substitute in its place a redacted copy of the attachment.

IT IS ORDERED:

(1)     The Motion to Restrict Access [Doc. # 21] is GRANTED as specified;

(2)     Access to Doc. # 17-6 shall be RESTRICTED to Level 1; and

(3)     The redacted copy of Attachment F, submitted as Doc. # 21-2, is accepted for

filing and substituted in place of Doc. # 17-6.

Dated November 14, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge