IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-01321-REB-BNB | Date: November 27, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| ANNA TUREK | Ellen M. Kelman |
| **Plaintiff(s)** | |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | Steven T. Collis |
| | Michael S. Beaver |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:30 p.m.

Appearance of counsel.

Argument presented on [17] Plaintiff's Motion to Compel Discovery and Certification Pursuant to Local Rule 7.1(a).

**ORDERED:** [17] Plaintiff's Motion to Compel Discovery and Certification Pursuant to Local Rule 7.1(a) is GRANTED. Defense is to answer interrogatories and produce documents, as indicated on the record, on or before January 11, 2013.

Court in Recess: 2:24 p.m.    Hearing concluded.    Total time in Court: 00:54

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119