IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01321-REB-BNB

ANNA TUREK,

Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

---

## ORDER
---

This matter arises on the **Plaintiff's Motion to Compel Discovery** [Doc. # 17, filed 10/31/2012] (the "Motion to Compel"). I held a hearing on the motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 17] is GRANTED; and

(2) The defendant shall answer Interrogatories 1 and 2 and produce documents responsive to Production Requests 5 and 6 on or before **January 11, 2013**.

Dated November 27, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge