**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01321-REB-BNB

ANNA TUREK,

     Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

     Defendant.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on **Defendant's Motion For Leave To File Reply** [#41][2] filed January 14, 2013. The motion is **GRANTED**, and **UNUM's Reply in Support of its Objections To Magistrate Judge's Rulings on Discovery** [#41-1] is accepted for filing.

     Dated: January 15, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#41]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.