**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01321-REB-BNB

ANNA TUREK,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

**ORDER OVERRULING UNUM'S OBJECTIONS
TO MAGISTRATE JUDGE'S RULINGS ON DISCOVERY**

**Blackburn, J.**

The matters before me are (1) **Unum's Objections to Magistrate Judge's Rulings on Discovery** [#30],[1] filed December 11, 2012; and 2) **Unum's Motion for Reconsideration of Order Denying Unum's Motion To Stay Discovery** [#39], filed January 11, 2013.  I overrule the objections and deny the motion for reconsideration as moot.

Defendant's objections pertain to non-dispositive matters that were referred to the magistrate judge for resolution.  Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law.  Having reviewed the magistrate judge's order and the transcript of the hearing; the apposite motion, response, and reply; defendant's

---

[1] "[#103]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

objections and plaintiff's response and defendant's reply, I conclude that the magistrate judge's order is not clearly erroneous or contrary to law. Given my ruling in that regard, defendant's motion to stay discovery pending my determination of the motion is moot and will be denied on that basis.

**THEREFORE, IT IS** ordered as follows:

1. That the objections stated in **Unum's Objections to Magistrate Judge's Rulings on Discovery** [#30], filed December 11, 2012, are **OVERRULED**; and

2. That **Unum's Motion for Reconsideration of Order Denying Unum's Motion To Stay Discovery** [#39], filed January 11, 2013, is **DENIED AS MOOT**.

Dated January 24, 2013, at Denver, Colorado.

                            **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge