**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01321-REB-BNB

ANNA TUREK,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation for Dismissal with Prejudice** [#52] filed February 18, 2013.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal with Prejudice** [#52] filed February 18, 2013, is **APPROVED**;

    2. That any pending motion, including, but not limited to, the paper filed as docket entry [#44], is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated February 19, 2013, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Bob Blackburn*
                                Robert E. Blackburn
                                United States District Judge